Sheereen Javadizadeh (State Bar No. 288141)
sjavadizadeh@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IMRAN KHAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:17-cv-03799-R-(ASx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Imran Khan's claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: March 27, 2018

HON. MANUEL L. REAL
United States District Judge